UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 1:22-cr-38

v.

HON. JANET T. NEFF

ERIK STEPHEN POST,

    Defendant.
_____/

## **ORDER REGARDING ADDITIONAL SENTENCING CONDITIONS**

### **MANDATORY/STANDARD CONDITIONS OF SUPERVISION**

While on supervision, the defendant shall comply with mandatory and standard conditions of supervision including:

DNA collection
Drug testing - suspended
No firearms, destructive devices, or dangerous weapons

Additionally, the defendant shall comply with the following special conditions of supervision:

1. You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office will share financial information with the U.S. Attorney's Office.

2. You must participate in a program of mental health treatment, as directed by the probation officer, and follow the rules and regulations of that program until such time as you are released from the program by the probation officer, and must pay at least a portion of the cost according to your ability, as determined by the probation officer.

3. You must not apply for, nor enter into, any loan or other credit transaction without the approval of the probation officer.

4. You must not create/form any new business entities during the period of supervision.

5. You must not open any new personal or business accounts without the approval of the probation officer.

6. You must provide the probation officer with the monthly statements/financial information for each business entity you are associated with.

7. If the judgment imposes a fine or restitution, you must pay the fine or restitution in accordance with the Schedule of Payments page of this judgment. You must also notify the Court of any changes in economic circumstances that might affect the ability to pay this financial obligation.

8. You must not be employed in any position which entails fiduciary responsibility or any employment that involves the acquisition of merchandise, funds, or services without the approval of the probation officer.

## RESTITUTION

IT IS FURTHER ORDERED that you must pay restitution to City National Bank in the amount of $217,087.50. Restitution payments must be made to the U.S. District Court Clerk, 110 Michigan, N.W., Grand Rapids, MI 49503, for distribution to the following victim:

City National Bank of Florida Legal Dept.
Attn: Lewellyn Kamin, Legal Department
100 S.E. 2nd Street
Miami, FL 33131

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

> Any balance due upon incarceration must be paid in minimum quarterly installments of $25.00 based on IFRP participation, or minimum monthly installments of $20.00 based on UNICOR earnings, during the period of incarceration, to commence 60 days after the date of this judgment. Any balance due upon commencement of supervision must be paid, during the term of supervision, in minimum monthly installments of $250.00, to commence 60 days after release from imprisonment. You must apply all monies received from income tax refunds, lottery winnings, judgments, and or any other anticipated or unexpected financial gains to any outstanding court-ordered financial obligations.

I have reviewed and understand the above conditions of my sentence.

Dated: November 15, 2022

_____
Erik Stephen Post
Defendant

_____
Larry C. Willey
Attorney for Defendant

IT IS SO ORDERED.

_____
JANET T. NEFF
United States District Judge